**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

NATHANAEL KEITH,                          )
                                          )
                    Petitioner,           )
                                          )
vs.                                       )        Case No. CIV-13-1153-M
                                          )
WILLIAM A. SHERROD,                       )
                                          )
                    Respondent.           )

## ORDER

On April 04, 2014, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by April 24, 2014. A review of the file shows that petitioner has not filed an objection.

Accordingly, upon de novo review, the Court:

(1)    ADOPTS the Report and Recommendation [docket no. 20] issued by the Magistrate Judge on April 04, 2014, and

(2)    DENIES the Petition for a Writ of Habeas Corpus.

**IT IS SO ORDERED this 7th day of May, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE